[Crim. No. 1250. First Appellate District, Division One.—May 6, 1925.]

## THE PEOPLE, Respondent, v. WILLIAM C. MOORE, Appellant.

[1] CRIMINAL LAW—ESCAPE OF CONVICT—FORFEITURE OF CREDITS—ONCE IN JEOPARDY.—Judgment of conviction affirmed upon authority of *People* v. *Conson, ante,* p. 509.

APPEAL from a judgment of the Superior Court of Marin County. Frank H. Dunne, Judge Presiding. Affirmed.

The facts are stated in the opinion of the court.

George H. Harlan for Appellant.

U. S. Webb, Attorney-General, and Charles A. Wetmore, Jr., Deputy Attorney-General, for Respondent.

TYLER, P. J.—Appellant was charged by information of the district attorney of the county of Marin with the crime of felony, to wit: escaping from state prison.

He was tried and convicted and this is an appeal from the judgment.

[1] The same points are here urged for a reversal as were discussed in *People* v. *Conson, ante,* p. 509 [237 Pac. 799].

Upon the authority of that case the judgment herein is affirmed.

Knight, J., and Cashin, J., concurred.